FILED '06 MAR 29 11:54 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SISKIYOU REGIONAL EDUCATION PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. <br><br> ROBERT AND LISA BARTON, et al., <br><br> Defendant-Intervenors. | Cv. No. 03-3013-CO (Lead Case) <br> Consolidated Cases <br><br> ORDER |

    Magistrate Judge John P. Cooney filed Findings and Recommendation on November 8, 2005, in the above entitled case recommending that plaintiff's motion for summary judgment be denied, the federal defendants' motion for summary judgment be granted, the Bartons' motion to strike be denied, and the

1   - ORDER

Bartons' motion for summary judgment be denied and judgment entered dismissing the case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's findings. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff and the Bartons have filed objections. I have, therefore, given de novo review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Order dated November 8, 2005, in its entirety. The clerk is directed to enter a judgment dismissing this case.

IT IS SO ORDERED.

DATED this 28th day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER